# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

ALAN KOSTIC, ON BEHALF OF
HIMSELF AND OTHERS SIMILARLY
SITUATED,

                Plaintiffs,

-vs-                                  Case No. 6:08-cv-1893-Orl-28KRS

MOTORCYCLE FREIGHT, INC., RICK B.
ROSEN,

                Defendants.

___

## ORDER

This case is before the Court on the Stipulation of Dismissal without Prejudice (Doc. No. 22) filed by Plaintiff on May 28, 2009. The United States Magistrate Judge has submitted a report recommending that the stipulation be treated as a notice of dismissal under Fed. R. Civ. P. 41(a)(1)(A)(I) and direct the Clerk to close the file.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1. That the Report and Recommendation filed September 11, 2009 (Doc. No. 26) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2. The Stipulation of Dismissal without Prejudice (Doc. No. 22) is treated as a Notice of Dismissal under Fed. R. Civ. P. 41(a)(1)(A)(I).

3. This case is dismissed without prejudice.

4. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 1st day of September, 2009.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party